UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HILAL SHAATH and MAI ERSHAID,

                  Plaintiffs,

v.

MICHAEL MUKASEY, United States
Attorney General, et al.,

                  Defendants.

C08-275Z

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the stipulation of the parties, docket no. 20, indicating that the claims in this case have become moot, the cross-motions for summary judgment, docket nos. 5 and 11, are hereby STRICKEN without prejudice.

    (2)    Pursuant to the parties' request, the Court STAYS this case for a period of thirty (30) days. The parties are DIRECTED to file a Joint Status Report within thirty (30) days of the date of this Minute Order advising whether this case may be dismissed with prejudice and without costs.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Filed and entered this 25th day of August, 2008.

                        BRUCE RIFKIN, Clerk

                              s/ Claudia Hawney
                    By _____
                        Claudia Hawney
                        Deputy Clerk